UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30032-MAP

| | |
|---|---|
| STEVE SACHS, Derivatively on behalf of<br>WAVE SYSTEMS CORP.,<br>    Plaintiff<br>vs.<br><br>STEVEN SPRAGUE, GERALD T. FEENEY,<br>JOHN E. BAGALAY, JR., NOLAN BUSHNELL,<br>GEORGE GILDER and<br>JOHN E. MCCONNAUGHY, JR.,<br>    Defendants<br>and<br><br>WAVE SYSTEMS CORP., a Delaware<br>    Corporation<br>    Nominal Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

The plaintiff, Steve Sachs, derivatively on behalf of Wave Systems Corp., hereby moves by undersigned counsel, Keith A. Minoff, pursuant to Local Rule 83.5.3(b) for the admission pro hac vice of Jeffrey P. Fink, Esquire to appear and practice in this court as co-counsel for the plaintiff in this proceeding. In support of this motion, please see the attached Affidavit of Jeffrey P. Fink.

Respectfully submitted,

By_____
Keith A. Minoff, Esq. BBO 551536
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
Attorney for the Plaintiff.

354628

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE SACHS, Derivatively On Behalf of WAVE SYSTEMS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER AND JOHN E. MCCONNAUGHY, JR., <br><br> Defendants, <br><br> - and - <br><br> WAVE SYSTEMS CORP., a Delaware corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. |

**AFFIDAVIT OF JEFFREY P. FINK**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss |
| COUNTY OF SAN DIEGO | ) |

I, JEFFREY P. FINK, hereby depose and say:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I am a member of the law firm of Robbins Umeda & Fink, LLP.

3. My office address is 1010 Second Avenue, Suite 2360, San Diego, California, 92101.

4. Service of all papers may be made upon Keith A. Minoff, Esq., of Robinson Donovan, PC, 1500 Main Street, Suite 1600, Springfield, MA 01115, a member of the bar of this Court having an office within the District of Massachusetts.

- 1 -

5. I am admitted to practice before the following courts: California 1998; U.S. District Court for the Southern District of California 1999; U.S. District Court for the Central District of California 2002; U.S. District Court for the Northern District of California 2002; U.S. District Court for the Eastern District of Wisconsin 2003; U.S. Court of Appeals for the Ninth Circuit 2003.

6. I have never been denied admission to or disciplined by this Court or a court in any other jurisdiction.

_____
JEFFREY P. FINK

Subscribed and sworn to before me
this 17 day of February, 2004

_____
Notary Public

My commission expires: _____

KELLY JEAN COLWELL
Commission # 1417209
Notary Public - California
San Diego County
My Comm. Expires May 11, 2007

G:\Wave\Motions - Opps\Pro Hac Vice\Affidavit of JPF.wpd