AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

*A MOTION TO APPEAR PRO HAC VICE ALLOWED ON [illegible]. PLEASE FILE THE ENCLOSED APPEARANCE WITHIN TEN DAYS*

## APPEARANCE

Case Number: 04 - 30032 - MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Steve Sachs

I certify that I am admitted to practice in this court.

*U.S. DISTRICT COURT DISTRICT OF MASS*
*FILED CLERK'S OFFICE*
*2004 MAR -8 A 10:06*

March 2, 2004
Date

Signature

Jeffrey P. Fink                                                199291
Print Name                                                     Bar Number

Robbins Umeda & Fink, LLP 1010 Second
Address

Ave., Suite 2360   San Diego, CA   92101
City                State            Zip Code

619/525-3390                          619/525-3991
Phone Number                          Fax Number