**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN SECTION**

| | | |
|---|---|---|
| STEVE SACHS, Derivatively On Behalf of WAVE SYSTEMS CORP., | ) | Civil Action No. 04-30032-MAP |
| Plaintiff, | ) | |
| vs. | ) | |
| STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER AND JOHN E. MCCONNAUGHY, JR., | ) | |
| Defendants, | ) | |
| - and - | ) | |
| WAVE SYSTEMS CORP., a Delaware corporation, | ) | |
| Nominal Defendant. | ) | |
| | ) | |
| JEFF SWANSON, On Behalf of Nominal Defendant, Wave Systems, Corp. | ) | Civil Action No. 04-30038-MAP |
| Plaintiff, | ) | |
| v. | ) | |
| STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER, and JOHN E. McCONNAUGHY, JR., | ) | |
| Defendants, | ) | |
| v. | ) | |
| WAVE SYSTEMS CORP., | ) | |
| Nominal Defendant. | ) | |
| continued on following page] | ) | |

CHARLENE HARVEY, Derivatively On
Behalf of WAVE SYSTEMS CORP.,

Plaintiff,

vs.

STEVEN SPRAGUE, GERARD T.
FEENEY,
JOHN E. BAGALAY, JR., NOLAN
BUSHNELL, GEORGE GILDER AND
JOHN E. MCCONNAUGHY, JR.,

Defendants,

- and -

WAVE SYSTEMS CORP., a Delaware
corporation,

Nominal Defendant.

Civil Action No. 04-30044-MAP

**PLAINTIFF JEFF SWANSON'S MOTION FOR LEAVE TO FILE SUR-REPLY TO REPLY TO OPPOSITION TO PLAINTIFFS SACHS AND HARVEY'S MOTION TO CONSOLIDATE CASES AND APPOINT CO-LEAD AND LIAISON COUNSEL[1]**

Plaintiff Jeff Swanson ("Swanson"), plaintiff in the action styled *Swanson v. Sprague, et al.*, Civil Action No. 04-30038 (the "*Swanson* action"), hereby moves, pursuant to Local Rule 7.1(B)(3) for leave to file his Sur-Reply to Plaintiffs Sachs and Harvey's Reply to the Opposition filed by Swanson to Plaintiffs Sachs and Harvey's Motion to Consolidate Cases and Appoint Co-Lead and Liaison Counsel and Memorandum in Support. Plaintiffs Sachs and Harvey's Reply raises new issues to which Plaintiff Swanson should have the opportunity to respond. Accordingly, Swanson seeks to file the attached Sur-Reply.

---

[1] Plaintiffs Sachs and Harvey have not yet received leave to file their Proposed Reply; however, Plaintiff Swanson submits this Proposed Sur-Reply for consideration should the Court grant leave to file said Reply.

Counsel for Plaintiffs Sachs and Harvey do not assent to the allowance of this

Motion.

DATED: April 30, 2004.                    Respectfully submitted,

                                          Plaintiff, Jeff Swanson
                                          By his attorneys,

                                          /s/ Alan L. Kovacs

                                          _____
                                          Alan L. Kovacs (BBO No. 278240)
                                          LAW OFFICE OF ALAN L. KOVACS
                                          2001 Beacon Street, Suite 106
                                          Boston, MA 02135
                                          Phone: (617) 964-1177
                                          Fax: (617) 332-1223

                                          **Proposed Liaison Derivative Counsel**

                                                 and

                                          William B. Federman
                                          FEDERMAN & SHERWOOD
                                          120 N. Robinson, Suite 2720
                                          Oklahoma City, OK  73102
                                          Phone: (405) 235-1560
                                          Fax: (405) 239-2112
                                                 and
                                          2926 Maple Ave., Suite 200
                                          Dallas, TX  75201

                                          **Proposed Lead Derivative Counsel**


### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that counsel for  Plaintiff Swanson have conferred with counsel for Plaintiffs Sachs and Harvey and that we were unable to narrow or resolve the issues presented by the foregoing Motion for Leave to File a Sur-Reply memorandum.

                                          /s/ Alan L. Kovacs

                                          _____
                                          Alan L. Kovacs, Esq.

## CERTIFICATE OF SERVICE

This certifies that true and correct copies of the above and foregoing were delivered electronically and via facsimile on April 30, 2004 to the following.

Keith A. Minoff
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, MA  01115
Fax: 413-785-4658
**Attorneys for Steve Sachs and Charlene Harvey**

Brian J. Robbins
Jeffrey Fink
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue
Suite 2360
San Diego, CA 92101
Fax: 619-525-3991
**Attorneys for Steve Sachs**

Alfred G. Yates, Jr.
LAW OFFICES OF ALFRED G. YATES, JR.
519 Allegheny Building
429 Forbes Ave.
Pittsburgh, PA  15219
Fax: 4112-471-1033

Nadeem Faruqi
FARUQI & FARUQI, LLP
320 East 39th Street
New York, NY 10016
Fax: 212-983-9331
**Attorneys for Charlene Harvey**

Robert A. Buhlman
Eunice E. Lee
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Fax: 617-951-8736
**Attorneys for Defendants and Wave Systems, Corp.**

/s/ Alan L. Kovacs
_____
Alan L. Kovacs (BBO #278240)