Docket as of March 28, 2002 8:12 pm　　　　　　　　　　Web PACER (v2.4-TXSD)

# U.S. District Court
## TXS - Southern District of Texas (Houston)

## CIVIL DOCKET FOR CASE #: 02-CV-441

### Koch v. Hanover Compressor, et al

Filed: 02/06/02
Assigned to: Judge Vanessa D Gilmore
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 850
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 15:78m(a) Securities Exchange Act

---

ROGER KOCH, On Behalf of
Himself and All Others
Similarly Situated
　　plaintiff

　　Roger B Greenberg
　　713-752-0327 fax
　　[COR LD NTC]
　　Schwartz Junell et al
　　909 Fannin
　　Ste 2000
　　Houston, TX 77010
　　713-752-0017

　　v.

HANOVER COMPRESSOR COMPANY
　　defendant

　　Thomas W Paterson
　　713-654-3392 fax
　　[COR LD NTC]
　　Susman Godfrey
　　1000 Louisiana
　　Ste 5100
　　Houston, TX 77002-5096
　　713-653-7815

MICHAEL J MCGHAN
　　defendant

　　Thomas W Paterson
　　(See above)
　　[COR LD NTC]

WILLIAM S GOLDBERG
　　defendant

　　Thomas W Paterson
　　(See above)
　　[COR LD NTC]

MICHAEL A O'CONNOR
　　defendant

　　Thomas W Paterson
　　(See above)
　　[COR LD NTC]

# DOCKET PROCEEDINGS
Click on the 📄 Icon to View the Document Display Cost.

DATE    # IMG            DOCKET   ENTRY

2/6/02    1         COMPLAINT by Roger Koch filed; FILING FEE $ 150.00 RECEIPT
                    # 517685 (bj) [Entry date 02/07/02]

2/6/02    2         ORDER for conf  set initial pretrial conference for 11:00
                    6/10/02 before Judge Lynn N. Hughes , entered; Parties
                    notified. (bj) [Entry date 02/07/02]

2/13/02   --        4 SUMMONS issued. (kp)

2/15/02   3         RETURN OF SERVICE executed as to Michael J McGhan 2/13/02
                    filed. Answer due on 3/5/02 for Michael J McGhan (ps)

2/15/02   4         RETURN OF SERVICE executed as to Michael A O'Connor 2/13/02
                    filed. Answer due on 3/5/02 for Michael A O'Connor (ps)

2/15/02   5         RETURN OF SERVICE executed as to William S Goldberg 2/13/02
                    filed. Answer due on 3/5/02 for William S Goldberg (ps)

2/25/02   6         CERTIFICATE OF INTERESTED PARTIES by Hanover Compressor,
                    Michael J McGhan, William S Goldberg, Michael A O'Connor ,
                    filed. (lj) [Entry date 02/26/02]

2/25/02   7         MOTION to extend time by Hanover Compressor, Michael J
                    McGhan, William S Goldberg, Michael A O'Connor , Motion
                    Docket Date 3/17/02 [7-1] motion , filed. (lj)
                    [Entry date 02/26/02]

2/27/02   8    📄   ORDER granting deft's [7-1] unopposed motion for
                    enlargement of time , entered; The date by which the defts
                    shall answer, plead, or otherwise respond to this action is
                    extended until sixty days after the filing of a
                    consolidated master complaint. Parties notified. ( signed
                    by Judge Lynn N. Hughes ) (kp) [Entry date 03/01/02]

3/21/02   9    📄   Certified copy of ORDER accepting Stipulation Consolidating
                    Related Securities Class Action Lawsuits, entered; case
                    numbers
                    02-431,02-441,02-491,02-526,02-574,02-594,02-627,02-652,02-
                    764 and 02-815 are consolidated into 02-410 and are
                    administratively closed. All pleadings shall be refiled
                    under 02-410. All pending motions in these cases are denied
                    without prejudice to refiling in the consolidated action. A

```
                    pretrial/scheduling conference is set at 1:30 5/17/02 before
                    Judge Gilmore. Parties notified. ( signed by Judge Vanessa
                    D. Gilmore ) (maly) [Entry date 03/28/02]
                    [Edit date 03/28/02]

3/21/02    --       Consolidated Member Case    Lead Case Number: 02-410 (maly)
                    [Entry date 03/28/02]

3/25/02    --       CASE reassigned  to Judge Vanessa D. Gilmore (maly)
                    [Entry date 03/28/02]

3/25/02    --       Case closed (maly) [Entry date 03/28/02]
```

Case Flags:
CLOSED
MEMBER

END OF DOCKET: 4:02cv441

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/29/2004 15:05:04 | | | |
| PACER Login: | db0535 | Client Code: | premarin |
| Description: | docket report | Search Criteria: | 4:02cv00441 |
| Billable Pages: | 3 | Cost: | 0.21 |

Cost displayed is for docket sheet only.