Docket as of December 30, 2003 8:08 pm                Web PACER (v2.4-TXSD)

# U.S. District Court
## TXS - Southern District of Texas (Houston)

# CIVIL DOCKET FOR CASE #: 02-CV-1332

## Koch v. O'Connor, et al

Filed: 04/10/02
Assigned to: Judge Vanessa D Gilmore
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 370
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Fraud

---

ROGER KOCH, Derivatively on
Behalf of Hanover Compressor
Company
    plaintiff

James D Baskin, III
512-322-9280 fax
[COR LD NTC]
The Baskin Law Firm
300 W 6th St
Ste 1950
Austin, TX 78701
512-381-6300

Brian J Robbins
619-525-3991 fax
[COR LD NTC]
Robbins Umeda & Fink, LLP
1010 Second Ave
Ste 2360
San Diego, CA 92101
619-525-3990

    v.

MICHAEL A O'CONNOR
    defendant

WILLIAM S GOLDBERG
    defendant

MELVYN N KLEIN
    defendant

MICHAEL J MCGHAN
    defendant

```
TED COLLINS, JR
     defendant

ROBERT R FURGASON
     defendant

RENE J HUCK
     defendant

ALVIN V SHOEMAKER
     defendant

VICTOR E GRIJALVA
     defendant

GORDON T HALL
     defendant

I JON BRUMLEY
     defendant

HANOVER COMPRESSOR COMPANY, a          Thomas W Paterson
Delaware Corporation                   713-654-3392 fax
     nominal defendant                 [COR LD NTC]
                                       Susman Godfrey
                                       1000 Louisiana
                                       Ste 5100
                                       Houston, TX 77002-5096
                                       713-653-7815
```

# DOCKET PROCEEDINGS
Click on the 📄 Icon to View the Document Display Cost.

DATE      # IMG           DOCKET   ENTRY

4/10/02   1          COMPLAINT by Roger Koch filed; FILING FEE $ 150.00 RECEIPT
                     # 519669 (bj)

4/10/02   2          Order setting Initial Pretrial and Scheduling Conference on
                     8:45 9/27/02 before Judge Lee H. Rosenthal and Order to
                     Disclose Interested Persons, filed. Parties notified. (bj)

4/10/02   --         12 SUMMONS issued for Michael A O'Connor, William S
                     Goldberg, Melvyn N Klein, Michael J McGhan, Ted Collins Jr,
                     Robert R Furgason, Rene J Huck, Alvin V Shoemaker, Victor E
                     Grijalva, Gordon T Hall, I Jon Brumley (bj)

| | | |
|---|---|---|
| 7/10/02 | -- | MOTION for Brian J Robbins to appear pro hac vice by Pltf Roger Koch, Motion Docket Date 7/30/02 [0-1] motion, filed. (ks) |
| 7/10/02 | 3 | ORDER pursuant to L. R. 1 as to Brian J Robbins atty for Roger Koch, entered. Parties ntfd. ( Signed by Judge Lee H. Rosenthal ) (lj) [Entry date 07/11/02] |
| 7/12/02 | 4 | NOTICE of letter agreement by Hanover Compressor, filed. (lj) [Entry date 07/15/02] |
| 8/6/02 | 5 | UNOPPOSED MOTION to continue Rule 16 Conference until the Court in Harbor Finance rules on the pending motion to consolidate by Hanover Compressor, Motion Docket Date 8/26/02 [5-1] motion , filed. (sj) [Entry date 08/07/02] |
| 8/12/02 | 6 | ORDER granting Hanover Compressor's [5-1] motion to continue Rule 16 Conference until the Court in Harbor Finance rules on the pending motion to consolidate; Rule 16 scheduling conference will be reset after the Court in H-02-cv-761 rules on a pending motion to consolidate , entered; Parties notified. ( signed by Judge Lee H. Rosenthal ) (sg) |
| 8/19/02 | 7 | ORDER granting motion to consolidate derivative actions, entered. Parties notified. (signed by Judge Melinda Harmon) (certified copy) (lj) [Entry date 08/20/02] |
| 8/19/02 | -- | Consolidated Member Case    Lead Case Number: 02-0761 (lj) [Entry date 08/20/02] |
| 8/20/02 | -- | CASE reassigned to Judge Melinda Harmon (lj) |
| 10/16/03 | -- | CASE reassigned to Judge Vanessa D. Gilmore (lj) |
| 10/16/03 | -- | Case closed (sj) [Entry date 12/30/03] |

Case Flags:
CLOSED
MEMBER

END OF DOCKET: 4:02cv1332

| PACER Service Center |
|---|
| Transaction Receipt |
| |

|  | 04/29/2004 15:05:45 |  |  |
|---|---|---|---|
| PACER Login: | db0535 | Client Code: | premarin |
| Description: | docket report | Search Criteria: | 4:02cv01332 |
| Billable Pages: | 3 | Cost: | 0.21 |

Cost displayed is for docket sheet only.