IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 0 3 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, et, al., On Behalf of Themselves and All Others Similarly Situated, | § § § § § | Civil Action No. H-02-0410 (Consolidated) Hon. Vanessa D. Gilmore |
| Plaintiffs, | § § § § | CLASS ACTION |
| vs. | § § | |
| HANOVER COMPRESSOR COMPANY, et al., | § § § | |
| Defendants. | § § | |

---

| | | |
|---|---|---|
| HARBOR FINANCE PARTNERS, Derivatively on Behalf of HANOVER, COMPRESSOR CO., | § § § | Civil Action No. H-02-0761 (Consolidated) Hon. Melinda Harmon |
| Plaintiffs, | § § | |
| vs. | § § | |
| MICHAEL MCGHAN, WILLIAM GOLDBERG, TED COLLINS, ROBERT FURGASON, MELVYN KLEIN, MICHAEL O'CONNOR And ALVIN SHOEMAKER, | § § § § § | |
| Defendants, | § § | |
| -and- | § § | |
| HANOVER COMPRESSOR COMPANY, a Delaware corporation, | § § § | |
| Nominal Defendant. | § § | |

---

**[PROPOSED] ORDER CONSOLIDATING THE CONSOLIDATED DERIVATIVE
ACTION INTO THE CONSOLIDATED SECURITIES ACTION FOR
PURPOSES OF SETTLEMENT**

39

The Court has considered Hanover's Unopposed Motion to Consolidate the Consolidated Derivative Action, styled *Harbor Finance Partners v. McGhan, et al.*, No. H-02-0761 (consolidated), into the Consolidated Securities Action, styled *Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust, et al.*, No. H-02-0410, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Rule 7.6.

IT IS HEREBY ORDERED that the following civil action number is consolidated into *Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust, et al., v. Hanover Compressor Co.*, Civil Action No. H-02-0410 for ~~purposes of settlement:~~ for all purposes:

| Abbreviated Case Name | Civil Case No. | Date Filed | Assigned Judge |
|---|---|---|---|
| *Harbor Finance Partners, et al., v. McGhan, et al.* | H-02-0761 (consolidated) | March 1, 2002 | Hon. Melinda Harmon |

Case Number H-02-0761 is hereby closed.

SIGNED on this 2nd of Oct 2003, at Houston, Texas.

_____
HONORABLE VANESSA D. GILMORE
United Stated District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
                Deputy Clerk