United States Courts
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORP. § <br> RETIREE MEDICAL BENEFITS § <br> § <br> versus § <br> § <br> § <br> HANOVER COMPRESSOR CO., ET AL. § | CIVIL ACTION NO. H-02-0410 |

## ORDER

Pending before the Court are Plaintiff Pirelli Armstrong's Motion to Appoint Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust, Plumbers & Steamfitters Local 137 Pension Fund, O Bryant Lewis 720 Capital Management LLC, and Specialists DPM as Lead Plaintiffs **(Instrument No. 17-1)**, Plaintiff Pirelli Armstrong's Motion for Approval of Lead Plaintiffs' Choice of Counsel **(Instrument No. 17-2)**, Plaintiff Louisiana State Employees' Retirement System's Motion to be Appointed Lead Plaintiff **(Instrument No. 25-2)** and Plaintiff Louisiana State Employees' Retirement System's Motion to Approve Lead Plaintiff's Choice of Counsel **(Instrument No. 25-3)**. The parties have filed numerous pleadings in support of these motions and in response and reply to these motions: Instrument Nos. 18, 19, 29, 31, 32, 35, 39, 40, 42, 43, 52, 59, 60, 61, 64 and 66.

Having considered movants' Motion to Appoint Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust, Plumbers & Steamfitters, Local 137 Pension Fund, O. Bryant Lewis, 720 Capital Management, LLC, and Specialists DPM as Lead Plaintiffs **(Instrument No1. 17-1)** pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiffs' Choice of Lead Counsel **(Instrument No. 17-2)**, as well as the motion by Louisiana

70

State Employees' Retirement System to be Appointed Lead Plaintiff **(Instrument No. 25-2)** and Plaintiff Louisiana State Employees' Retirement System's Motion to Approve Lead Plaintiff's Choice of Counsel **(Instrument No. 25-3)**, and the numerous and laboriously detailed pleadings filed in support of both motions. The Court **ORDERS** as follows:

1. The Motion to Appoint Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust, Plumbers & Steamfitters, Local 137 Pension Fund, O. Bryant Lewis, 720 Capital Management, LLC, and Specialists DPM as Lead Plaintiffs **(Instrument Nol. 17-1)** pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiffs' Choice of Lead Counsel **(Instrument No. 17-2)** are **GRANTED**; and the motion by Louisiana State Employees' Retirement System to be Appointed Lead Plaintiff **(Instrument No. 25-2)** and Plaintiff Louisiana State Employees' Retirement System's Motion to Approve Lead Plaintiff's Choice of Counsel **(Instrument No. 25-3)** is **DENIED**;

2. Pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust, Plumbers & Steamfitters, Local 137 Pension Fund, O. Bryant Lewis, 720 Capital Management, LLC, and Specialists DPM are appointed Lead Plaintiffs;

3. Lead Plaintiffs' selection of Co-Lead Counsel is approved. Pursuant to § 21D(a)(3)(B)(v), Milberg Weiss Bershad Hynes & Lerach LLP is appointed Lead Counsel and Schwartz, Junell, Campbell & Oathout LLP is appointed Liaison Counsel; and

4. Lead Plaintiffs and Lead Counsel may designate one or more Lead Plaintiffs to give testimony on behalf of the class in subsequent proceedings to streamline the proceedings and to avoid unnecessary and costly discovery or expense to the Class.

Lead Plaintiff is **ORDERED** to file a consolidated complaint within thirty (30) days of the date of this Order.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on this the ____6th____ day of January, 2003, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE