## U.S. District Court
### Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00501

In re Hotels.com Derivative Litigation
Assigned to: Ed Kinkeade
Demand: $100000
Case in other court: 191st Juducial District, 03-00349
Cause: 28:1331 Fed. Question: Railway Labor Act

Date Filed: 03/10/2003
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Anita Pomilo-Wilson,** *Derivately on Behalf of a Nominal Defendant Hotels.com*

represented by **Leonard A Epstein**
Newman Davenport & Epstein
Plaza of the Americas
700 N Pearl St
Suite 1650 LB 314
Dallas, TX 75201
214/754-0025
Fax: 214/754-0936 FAX
Email: leonep@flash.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Federman**
Federman & Sherwood
120 N Robinson
Suite 2720
Oklahoma City, OK 73102
405/235-1560
Fax: 405/239-2112 FAX
Email: wfederman@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Weiser**
Schiffrin & Barroway
Suite 400
Bala Cynwyd, PA 19004
610/667-7706
*TERMINATED: 04/11/2003*

V.

**Consol Plaintiff**
-----------------------

**Alex Solodovnikov**  represented by  **Brian J Robbins**
Robbins Umeda & Fink
1010 Second Ave
Suite 2360
San Diego, CA 92101
619/525-3990
Fax: 619/525-3991 FAX
Email: robbins@ruflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Balon B Bradley**
Law Office of Balon B Bradley
5473 Blair Rd
Suite 100
Dallas, TX 75231
972/991-1582
Fax: 972/755-0424 FAX
Email: balonbb@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Elan J Blutinger**  represented by  **Paul R Bessette**
Akin Gump Strauss Hauer & Feld - Austin
300 W Sixth St
Suite 2100
Austin, TX 78701
512/499-6204
Fax: 512/499-6290 FAX
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L Hirschman**
Vinson & Elkins - Dallas
3700 Trammell Crow Center
2001 Ross Ave
Dallas, TX 75201-2975
214/220-7700
Fax: 214/220-7716 FAX
Email: khirschman@velaw.com

|  |  |  |
|---|---|---|
|  |  | *TERMINATED: 10/28/2003* |
|  |  | **Todd A Murray**<br>Vinson & Elkins<br>2001 Ross Ave<br>Suite 3700<br>Dallas, TX 75201-2975<br>214/220-7700<br>*TERMINATED: 10/28/2003* |
| **Sandra D'Arcy** | represented by | **Patricia J Villareal**<br>Jones Day - Dallas<br>PO Box 660623<br>2727 N Harwood St<br>Dallas, TX 75266-0623<br>214/220-3939<br>Fax: 214/969-5100 FAX<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Karen L Hirschman**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
|  |  | **Lara M Shalov**<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212/373-3000 |
|  |  | **Richard A Rosen**<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212/373-3000 |
|  |  | **Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Robert Diener** | represented by | **Patricia J Villareal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Karen L Hirschman** |

|  |  |  |
|---|---|---|
|  |  | (See above for address)<br>*TERMINATED: 10/28/2003*<br><br>**Lara M Shalov**<br>(See above for address)<br><br>**Richard A Rosen**<br>(See above for address)<br><br>**Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Beverly Harms** | represented by | **Paul R Bessette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen L Hirschman**<br>(See above for address)<br>*TERMINATED: 10/28/2003*<br><br>**Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Julius Genachowaski** | represented by | **Patricia J Villareal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen L Hirschman**<br>(See above for address)<br>*TERMINATED: 10/28/2003*<br><br>**Lara M Shalov**<br>(See above for address)<br><br>**Richard A Rosen**<br>(See above for address)<br><br>**Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Victor A Kaufman** | represented by | **Patricia J Villareal**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Karen L Hirschman**
(See above for address)
*TERMINATED: 10/28/2003*

**Lara M Shalov**
(See above for address)

**Richard A Rosen**
(See above for address)

**Todd A Murray**
(See above for address)
*TERMINATED: 10/28/2003*

**Dara Khosrowshahi**   represented by   **Patricia J Villareal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L Hirschman**
(See above for address)
*TERMINATED: 10/28/2003*

**Lara M Shalov**
(See above for address)

**Richard A Rosen**
(See above for address)

**Todd A Murray**
(See above for address)
*TERMINATED: 10/28/2003*

**David Litman**   represented by   **Patricia J Villareal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L Hirschman**
(See above for address)
*TERMINATED: 10/28/2003*

**Lara M Shalov**
(See above for address)

**Richard A Rosen**

|  |  |  |
|---|---|---|
|  |  | (See above for address) |
|  |  | **Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Dan Marriott** | represented by | **Patricia J Villareal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Karen L Hirschman**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
|  |  | **Lara M Shalov**<br>(See above for address) |
|  |  | **Richard A Rosen**<br>(See above for address) |
|  |  | **Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Jon Miller** | represented by | **Patricia J Villareal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Karen L Hirschman**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
|  |  | **Lara M Shalov**<br>(See above for address) |
|  |  | **Richard A Rosen**<br>(See above for address) |
|  |  | **Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Gregory Porter** | represented by | **Patricia J Villareal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Karen L Hirschman**<br>(See above for address)<br>*TERMINATED: 10/28/2003*<br><br>**Lara M Shalov**<br>(See above for address)<br><br>**Richard A Rosen**<br>(See above for address)<br><br>**Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Mel Robinson** | represented by | **Patricia J Villareal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen L Hirschman**<br>(See above for address)<br>*TERMINATED: 10/28/2003*<br><br>**Lara M Shalov**<br>(See above for address)<br><br>**Richard A Rosen**<br>(See above for address)<br><br>**Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Eli Segal** | represented by | **Paul R Bessette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen L Hirschman**<br>(See above for address)<br>*TERMINATED: 10/28/2003*<br><br>**Todd A Murray**<br>(See above for address)<br>*TERMINATED: 10/28/2003* |
| **Hotels.com** | represented by | **Eric Donovan Pearson** |

                Sayles Lidji & Werbner
                1201 Elm St
                Suite 4400
                Dallas, TX 75270
                214/939-8700
                Fax: 214/939-8787 FAX
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

V.

**Movant**

-----------------------

**Alex Solodovnikov**      represented by  **Balon B Bradley**
*TERMINATED: 12/12/2003*          (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2003 | 1 | NOTICE OF REMOVAL from 191st Judicial District, case number 03-00349. ( Filing fee $ 150.00 receipt number 19123.), filed by Elan J Blutinger, Sandra D'Arcy, Robert Diener, Julius Genachowaski, Beverly Harms, Victor A Kaufman, Dara Khosrowshahi, David Litman, Dan Marriott, Jon Miller, Gregory Porter, Mel Robinson, Eli Segal. (attachments not imaged)(lmr, ) (Entered: 03/12/2003) |
| 03/10/2003 | | DEMAND for Trial by Jury by Anita Pomilo-Wilson.(filed within notice of removal) (lmr, ) (Entered: 03/12/2003) |
| 03/14/2003 | 2 | AGREED MOTION to extend time to move, answer or otherwise respond by Elan J Blutinger, Sandra D'Arcy, Robert Diener, Julius Genachowaski, Beverly Harms, Victor A Kaufman, Dara Khosrowshahi, David Litman, Dan Marriott, Jon Miller, Anita Pomilo-Wilson, Gregory Porter, Mel Robinson, Eli Segal. (lmr, ) (Entered: 03/17/2003) |
| 03/20/2003 | 3 | ORDER granting 2 Motion to Extend Time. It is ordered that Defendants shall have until May 16, 2003 to file move, answer or otherwise respond to Plaintiff's complaint. (Signed by Judge Ed Kinkeade on 03/20/03) (lmr, ) (Entered: 03/21/2003) |

| 03/24/2003 | 4 | MOTION to Substitute Attorney for nominal defendant Hotels.com by Elan J Blutinger, Sandra D'Arcy, Robert Diener, Julius Genachowaski, Beverly Harms, Victor A Kaufman, Dara Khosrowshahi, David Litman, Dan Marriott, Jon Miller, Gregory Porter, Mel Robinson, Eli Segal. (aat, ) (Entered: 03/25/2003) |
|---|---|---|
| 03/26/2003 | 5 | ORDER granting 4 Motion to Substitute Sayles, Lidji & Werbner P.C. as attorney of record for Hotels.com. (Signed by Judge Ed Kinkeade on 3/26/03) (aat, ) (Entered: 03/27/2003) |
| 04/07/2003 | 6 | UNOPPOSED MOTION to Substitute Attorney. Motion Filed by Anita Pomilo-Wilson. (lmr, ) (Entered: 04/08/2003) |
| 04/11/2003 | 7 | ORDER granting 6 Motion to Substitute Attorney. The Clerk of the Court is ordered to remove Robert B. Wiser and the law firm of Schiffrin & Barroway as counsel of record for Plaintiff and designate William B. Federman and the law firm of Federman & Sherwood as lead counsel for Plaintiff.(see order for specifics) (Signed by Judge Ed Kinkeade on 04/11/03) (lmr, ) (Entered: 04/14/2003) |
| 05/16/2003 | 8 | MOTION to administratively consolidate actions, designate caption for consolidated actions and set initial pleading schedule by Anita Pomilo-Wilson. (Exhibits not imaged) (aat, ) (Entered: 05/19/2003) |
| 06/04/2003 | 9 | OPPOSITION re 8 motion to administratively consolidate actions, designate caption for consolidated actions, and set initial pleading schedule, filed by Alex Solodovnikov. (aat, ) (Entered: 06/05/2003) |
| 06/17/2003 | 10 | REPLY to Opposition of Alex Solodovkikov to 8 MOTION to Administratively Consolidate Actions, Designate Caption for consolidated actions, and set initial pleading schedule filed by Anita Pomilo-Wilson. (exhibit not imaged)(lmr, ) Modified on 6/18/2003 (lmr, ). (Entered: 06/18/2003) |
| 06/25/2003 | 11 | Application and Order for appearance pro hac vice by Richard A Rosen for Julius Genachowaski; Victor A Kaufman; Dara Khosrowshahi; David Litman; Dan Marriott; Jon Miller; Gregory Porter; Mel Robinson; Sandra D'Arcy and Robert Diener. (Signed by Judge Ed Kinkeade on 6/25/03) Copy to Rosen.(aat, ) (Entered: 06/26/2003) |

| 06/25/2003 | 12 | Application and Order for appearance pro hac vice by Lara M Shalov for Julius Genachowaski; Victor A Kaufman; Dara Khosrowshahi; David Litman; Dan Marriott; Jon Miller; Gregory Porter; Mel Robinson; Sandra D'Arcy and Robert Diener. (Signed by Judge Ed Kinkeade on 6/25/03) Copy to Shalov.(aat, ) (Entered: 06/26/2003) |
|---|---|---|
| 07/01/2003 | 13 | Memorandum in Support re 8 MOTION to Consolidate Cases filed by Elan J Blutinger, Sandra D'Arcy, Robert Diener, Julius Genachowaski, Beverly Harms, Hotels.com, Victor A Kaufman, Dara Khosrowshahi, David Litman, Dan Marriott, Jon Miller, Gregory Porter, Mel Robinson, Eli Segal. (aat, ) (Entered: 07/02/2003) |
| 10/17/2003 | 14 | MOTION to Withdraw and Substitute Counsel by Sandra D'Arcy, Robert Diener, Julius Genachowaski, Victor A Kaufman, Dara Khosrowshahi, David Litman, Dan Marriott, Jon Miller, Gregory Porter, Mel Robinson.(Added attorney Patricia J Villareal for Julius Genachowaski; Victor A Kaufman; Dara Khosrowshahi; David Litman; Dan Marriott; Jon Miller; Gregory Porter; Mel Robinson; Sandra D'Arcy and Robert Diener.) (jaw) (Entered: 10/20/2003) |
| 10/28/2003 | 15 | AGREED ORDER granting 14 Motion to Withdraw and Substitute Counsel. Added attorney Patricia J Villareal for Victor A Kaufman; Dara Khosrowshahi; David Litman; Dan Marriott; Jon Miller; Gregory Porter; Mel Robinson; Sandra D'Arcy and Julius Genachowaski. Attorney Karen L Hirschman and Todd A Murray terminated. See Order for specifics. (Signed by Judge Ed Kinkeade on 10/28/03) (jaw) (Entered: 10/29/2003) |
| 12/12/2003 | 16 | ORDER granting 8 Motion to Administratively Consolidate Cases. The following actions are hereby consolidated for all purposes, including pretrial proceedings and trial: 3:03cv501-K and 3:03cv812-K. See Order for specifics. (Signed by Judge Ed Kinkeade on 12/12/03) (jaw) (Entered: 12/15/2003) |
| 01/21/2004 | 17 | AGREED MOTION for Entry of Agreed Order Setting Deadlines for Filing Consolidated Complaint and briefing for Motion to Dismiss by Elan J Blutinger, Sandra D'Arcy, Robert Diener, Julius Genachowaski, Beverly Harms, Victor A Kaufman, Dara Khosrowshahi, David Litman, Dan Marriott, Jon Miller, Gregory Porter, Mel Robinson, Eli Segal. (jaw) (Entered: 01/22/2004) |

District Version 2.0 - Docket Report
Case 3:04-cv-30032-MAP   Document 12-9   Filed 04/30/2004   Page 11 of 11
Page 11 of 11

| 01/28/2004 | 18 | AGREED ORDER granting 17 Motion for Entry of Agreed Order Setting Deadlines for Filing Consolidated Complaint and briefing for Motion to Dismiss. Plaintiff shall file a Consolidated Complaint no later than 90 days from the date of this Court's entry of this Agreed Order... See Agreed Order for specifics. (Signed by Judge Ed Kinkeade on 1/28/04) (jaw) (Entered: 01/29/2004) |
|---|---|---|
| 03/15/2004 | 19 | AGREED MOTION for Entry of Stay by Elan J Blutinger, Sandra D'Arcy, Robert Diener, Julius Genachowaski, Beverly Harms, Hotels.com, Victor A Kaufman, Dara Khosrowshahi, David Litman, Dan Marriott, Jon Miller, Anita Pomilo-Wilson, Gregory Porter, Mel Robinson, Eli Segal, Alex Solodovnikov. (jaw) (Entered: 03/16/2004) |
| 03/31/2004 | 20 | ORDER denying 19 Agreed Motion to Stay. (Signed by Judge Ed Kinkeade on 3/31/04) (cxb, ) (Entered: 03/31/2004) |
| 03/31/2004 | 21 | Minute Entry for proceedings held before Judge Ed Kinkeade: Telephone Conference held on 3/31/04. (Court Reporter: not on record.) (jaw) (Entered: 04/02/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/28/2004 15:54:14 | | | |
| PACER Login: | db0535 | Client Code: | wave systems |
| Description: | Docket Report | Search Criteria: | 3:03-cv-00501 |
| Billable Pages: | 6 | Cost: | 0.42 |