```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

STEVE SACHS,                    )
            Plaintiff           )
                                )
            v.                  )  CIVIL ACTION NO. 04-30032-MAP
                                )
STEVEN SPRAGUE, ET AL,          )
            Defendants          )
```

### MEMORANDUM AND ORDER REGARDING MOTION TO CONSOLIDATE, MOTION TO APPOINT CO-LEAD AND LIAISON COUNSEL AND MOTION FOR LEAVE TO FILE
(Dockets No. 5 & 11)

September 3, 2004

PONSOR, U.S.D.J.

Counsel for all parties appeared before this court for a status conference and for hearing on pending motions on September 1, 2004.  Based on counsel's representations, the Motion to Consolidate (Docket No. 5) is hereby ALLOWED.  The cases of <u>Sachs v. Sprague</u>, C.A. 04-30032-MAP, <u>Swanson v. Sprague</u>, C.A. 04-30038-MAP and <u>Harvey v. Sprague</u>, C.A. 04-30044-MAP, are all hereby consolidated.  All further filings in this case will be filed under the earliest-filed case, <u>Sachs v. Sprague</u>, C.A. 04-30032-MAP.

The Motion to Appoint Co-Lead and Liaison Counsel (Docket No. 5) is also hereby ALLOWED.  Co-Lead counsel in this case will be William B. Federman, Federman & Sherwood, Suite 2720, 120 N. Robinson Avenue, Oklahoma City, OK 73102; Jeffrey P. Fink, Robbins, Umeda & Fink, Suite 2360, 1010 Second Avenue, San Diego, CA 92101; and Alfred G. Yates, Jr., 519 Allegheny Building, 429 Forbes Avenue, Pittsburgh, PA 15219.  Local liaison counsel will

be Keith A. Minoff, Robinson, Donovan, P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115

The Motion for Leave to File (Docket No. 11) is hereby ALLOWED.

Future proceedings in this case will proceed as follows:

1. On or before October 21, 2004 plaintiff will file an amended complaint and a motion to amend the caption appropriately.

2. On or before December 15, 2004, defendants will file their motion to dismiss.

3. Plaintiff's opposition to the motion to dismiss will be filed by January 30, 2005.

4. Any reply to the opposition will be filed by February 22, 2005.

5. Counsel will appear again before this court for argument on the motion to dismiss on March 10, 2005 at 2:00 p.m.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge