UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE SACHS,<br><br>             Plaintiff,<br><br>      v.<br><br>STEVEN SPRAGUE, ET AL,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-30032-MAP<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Nominal Defendant Wave Systems Corporation, pursuant to Local Rule 7.3(A), hereby states that there is no corporation that is a parent corporation of Wave Systems Corporation nor does any publicly-held corporation own 10 percent or more of its stock.

Respectfully submitted,

**NOMINAL DEFENDANT WAVE SYSTEMS CORP.**

By its attorneys,

/s/ Michael D. Blanchard
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
Michael D. Blanchard, BBO#636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: October 5, 2004

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served electronically and via mail upon the attorney of record for each party on October 5, 2004.

                                               /s/ Michael D. Blanchard
                                               Michael D. Blanchard