UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVE SACHS, | ) | Lead Civil Action No. 04-30032-MAP |
| Plaintiff | ) | |
| | ) | Consolidated with 04-30038-MAP |
| vs. | ) | 04-30044-MAP |
| | ) | |
| STEVEN SPRAGUE, et al, | ) | |
| Defendants | ) | |

### PLAINTIFF'S MOTION TO EXTEND TIME FOR FILING AMENDED COMPLAINT AND MOTION TO AMEND THE CAPTION (ASSENTED TO)

The Plaintiff in these consolidated cases hereby moves for an extension of time until October 28, 2004 in which to file an Amended Complaint and a Motion to Amend the Caption appropriately.

In support of this motion, Plaintiff states as follows:

1. On September 3, 2004, this Court issued a Memorandum and Order providing that the Plaintiff file an Amended Complaint and a Motion to Amend the Caption on or before October 21, 2004. Plaintiff's counsel is in the process of preparing the Amended Complaint and Motion to Amend the Caption, but does not anticipate being able to file these documents by the deadline. Plaintiff therefore requests that he be permitted an additional week or until October 28, 2004, to file the Amended Complaint and Motion to Amend the Caption.

2. In order to avoid any potential unfairness, the Plaintiff also requests that all dates concerning Defendants' Motion to Dismiss be extended by one week as follows:

    (a) On or before December 22, 2004, Defendants will file their Motion to Dismiss;

    (b) Plaintiff's Opposition to Defendants' Motion to Dismiss will be filed by February 6, 2005;

380504

(c) Any Reply to the Opposition will be filed by March 1, 2005.

3. Allowance of this Motion will not result in any unfair prejudice to any party or any undue delay in these proceedings. The scheduled hearing on Defendants' Motion to Dismiss will still take place as scheduled on March 10, 2005.

The Defendants have kindly assented to the allowance of this Motion.

Dated: October 21, 2004

Respectfully submitted,

By: /s/ Keith A. Minoff
KEITH A. MINOFF
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Telephone: 413/732-2301
Facsimile: 413/785-4658

Liaison Counsel for Derivative Plaintiffs
ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
1010 Second Ave., Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

FEDERMAN & SHERWOOD
WILLIAM FEDERMAN
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Telephone: 405/235-1560
Facsimile: 405/239-2112

LAW OFFICES OF ALFRED G. YATES JR PC
ALFRED G. YATES JR
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164
Facsimile: 412/471-1033

Co-Lead Counsel for Derivative Plaintiffs

380504

ASSENTED TO:

Counsel for defendants:

_____
Michael D. Blanchard, Esq.
B.B.O. 636860
Robert A. Buhlman, Esq.
Eunice E. Lee, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000/Fax (617) 951-8736

CERTIFICATE OF SERVICE

I, Keith A. Minoff, Esq., hereby certify that on this 21ST day of October, 2004, I served a copy of the above document upon all counsel of record for each party by mail.

Subscribed under the penalties of perjury.

_____
Keith A. Minoff, Esq.

380504