UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVE SACHS,<br>　　Plaintiff | )<br>)<br>) | Lead Civil Action No. 04-30032-MAP |
| vs. | )<br>) | Consolidated with 04-30038-MAP<br>04-30044-MAP |
| STEVEN SPRAGUE, et al,<br>　　Defendants | )<br>)<br>) | |

## PLAINTIFFS' ASSENTED TO MOTION TO AMEND CAPTION

The Plaintiffs, Steve Sachs, Jeff Swanson and Charlene Harvey, respectfully move to amend the above caption to reflect this Court's September 3, 2004, Order allowing Plaintiffs' Motion to Consolidate. Plaintiffs have sought and obtained Defendants' consent to this motion and hereby move to amend the caption as follows:

---

| | | |
|---|---|---|
| STEVE SACHS, JEFF SWANSON,<br>AND CHARLENE HARVEY,<br>　　Plaintiffs | )<br>)<br>)<br>) | |
| vs. | )<br>) | Civil Action No. 04-30032-MAP |
| STEVEN SPRAGUE, GERARD K.<br>FEENEY, JOHN E. BAGALAY,<br>NOLAN BUSHNELL, GEORGE<br>GILDER AND JOHN E.<br>McCONNAUGHY, JR.,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| and | )<br>) | |
| WAVE SYSTEMS CORP.<br>　　Nominal Defendant | )<br>) | |

---

381265

Dated: October 28, 2004

Respectfully submitted,

By: /s/ Keith A. Minoff
KEITH A. MINOFF
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Telephone: 413/732-2301
Facsimile: 413/785-4658

Liaison Counsel for Derivative Plaintiffs
ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
1010 Second Ave., Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

FEDERMAN & SHERWOOD
WILLIAM FEDERMAN
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Telephone: 405/235-1560
Facsimile: 405/239-2112

LAW OFFICES OF ALFRED G. YATES JR PC
ALFRED G. YATES JR
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164
Facsimile: 412/471-1033

Co-Lead Counsel for Derivative Plaintiffs

ASSENTED TO:

Counsel for defendants:

_/s/ Michael D. Blanchard /kam_
Michael D. Blanchard, Esq.
B.B.O. 636860
Robert A. Buhlman, Esq.
Eunice E. Lee, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000/Fax (617) 951-8736


## CERTIFICATE OF SERVICE

I, Keith A. Minoff, Esq., hereby certify that on this 28th day of October, 2004, I served a copy of the above document upon all counsel of record for each party by mail.

Subscribed under the penalties of perjury.

_/s/ Keith A. Minoff_
Keith A. Minoff, Esq.

381265