UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE SACHS, JEFF SWANSON, AND CHARLENE HARVEY,<br>Plaintiffs<br><br>vs.<br><br>STEVEN SPRAGUE, GERARD K. FEENEY, JOHN E. BAGALAY, NOLAN BUSHNELL, GEORGE GILDER AND JOHN E. McCONNAUGHY, JR.,<br>Defendants<br><br>and<br><br>WAVE SYSTEMS CORP.<br>Nominal Defendant | Civil Action No. 04-30032-MAP |

## NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, as of December 10, 2004, the law firm of Robbins Umeda & Fink, LLP will change its address from 1010 Second Avenue, Suite 2360, San Diego, CA 92101 to:

ROBBINS UMEDA & FINK, LLP
610 West Ash Street
Suite 1800
San Diego, CA 92101-3350

The telephone and facsimile numbers will remain the same. Please revise your records accordingly.

384971

Dated: December 6, 2004

Respectfully submitted,

THE PLAINTIFF
STEVE SACHS, Derivatively on behalf of
WAVE SYSTEMS CORP.

By: _____
Keith A. Minoff, Esq.
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Telephone: 413/732-2301
Facsimile: 413/785-4658

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
1010 Second Ave., Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

## CERTIFICATE OF SERVICE

I, Keith A. Minoff, Esq., hereby certify that on this 6th day of December, 2004, I served a copy of the above document upon all counsel of record for each party by mail.

Subscribed under the penalties of perjury.

_____
Keith A. Minoff, Esq.

384971