UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVE SACHS,<br><br>                        **Plaintiff,**<br><br>     v.<br><br>STEVEN SPRAGUE, ET AL,<br><br>                        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04-30032-MAP<br><br>REQUEST FOR ORAL ARGUMENT |

**DEFENDANTS' MOTION TO DISMISS THE
CONSOLIDATED AMENDED COMPLAINT**

Defendants Messrs. Sprague, Feeney, Bagalay, Bushnell, Gilder and McConnaughy and nominal defendant Wave Systems Corp. (collectively, "Defendants") hereby move to dismiss the Consolidated Amended Complaint pursuant to Fed. R. Civ. P. 9(b), 12(b)(6), and 23.1. In support of their motion, Defendants respectfully refer the Court to their memorandum of law submitted herewith.

**WHEREFORE**, Defendants request that their Motion to Dismiss the Consolidated Amended Complaint be allowed and that the Plaintiffs' Consolidated Amended Complaint be dismissed in its entirety, with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Defendants request that this motion be set down for oral argument.

        Respectfully submitted,

        **STEVEN SPRAGUE, GERALD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER, JOHN E. McCONNAUGHY, JR. AND NOMINAL DEFENDANT WAVE SYSTEMS CORP.**

        By its attorneys,

        /s/ Michael D. Blanchard
        Robert A. Buhlman, BBO #554393
        Eunice E. Lee, BBO #639856
        Michael D. Blanchard, BBO #636860
        BINGHAM McCUTCHEN LLP
        150 Federal Street
        Boston, MA 02110

Dated: December 22, 2004

## RULE 7.1(a)(2) CERTIFICATION

I, Michael D. Blanchard, hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion, but the parties were unable to reach agreement.

        /s/ Michael D. Blanchard
        Michael D. Blanchard

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each attorney of record electronically on December, 22, 2004.

        /s/ Michael D. Blanchard
        Michael D. Blanchard