UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE SACHS, JEFF SWANSON, ) <br> AND CHARLENE HARVEY, ) <br>     Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> STEVEN SPRAGUE, GERARD K. ) <br> FEENEY, JOHN E. BAGALAY, ) <br> NOLAN BUSHNELL, GEORGE ) <br> GILDER AND JOHN E. ) <br> McCONNAUGHY, JR., ) <br>     Defendants ) <br> ) <br> and ) <br> ) <br> WAVE SYSTEMS CORP. ) <br>     Nominal Defendant ) | Civil Action No. 04-30032-MAP |

## **PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES**

    On or about December 22, 2004, the defendants filed their motion to dismiss together with a memorandum of law which was thirty pages in length. The motion and memorandum raised a number of complex legal and factual issues which cannot be fully responded to within the required twenty page limit. Counsel for the defendants has kindly assented to allowing the plaintiffs leave to file a memorandum in opposition to the defendants' motion to dismiss up to thirty pages in length.

    WHEREFORE, the plaintiffs' respectfully move that they be granted leave to permit them to file a memorandum in opposition to the defendants' motion to dismiss, up to thirty pages in length.

390999

Dated: February 3, 2005

                        Respectfully submitted,

By: _____
KEITH A. MINOFF
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Telephone: 413/732-2301
Facsimile: 413/785-4658

Liaison Counsel for Derivative Plaintiffs
ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
1010 Second Ave., Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

FEDERMAN & SHERWOOD
WILLIAM FEDERMAN
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Telephone: 405/235-1560
Facsimile: 405/239-2112

LAW OFFICES OF ALFRED G. YATES JR PC
ALFRED G. YATES JR
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164
Facsimile: 412/471-1033

Co-Lead Counsel for Derivative Plaintiffs

390999

ASSENTED TO BY:

Counsel for defendant:

*/s/ Michael D. Blanchard /KM/*
Michael D. Blanchard, Esq.
B.B.O. 636860
Robert A. Buhlman, Esq.
Eunice E. Lee, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000/Fax (617) 951-8736

## CERTIFICATE OF SERVICE

I, Keith A. Minoff, Esq., hereby certify that on this 3rd day of February, 2005, I served a copy of the above document upon all counsel of record for each party by mail.

Subscribed under the penalties of perjury.

*/s/ Keith A. Minoff*
Keith A. Minoff, Esq.

390999