UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEVE SACHS, JEFF SWANSON, )
AND CHARLENE HARVEY, )
    Plaintiffs )
     )
     ) Civil Action No. 04-30032-MAP
vs. )
     )
STEVEN SPRAGUE, GERARD K. )
FEENEY, JOHN E. BAGALAY, )
NOLAN BUSHNELL, GEORGE )
GILDER AND JOHN E. )
McCONNAUGHY, JR., )
    Defendants )
     )
and )
     )
WAVE SYSTEMS CORP. )
    Nominal Defendant )

## PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEFENDANTS' MOTION TO DISMISS

The plaintiffs hereby move for an extension of time until February 8, 2005 in which to file their opposition to the defendants' motion to dismiss. In support of this motion the plaintiffs state as follows:

On October 25, 2004, this court entered an order granting the plaintiffs' assented to motion for extension of time and establishing certain dates for the filing of defendants' motion to dismiss and the plaintiffs' response to that motion. The order provided that the plaintiffs would have until Sunday February 6, 2005 to file their response to the motion to dismiss and that the defendants would then have until March 1, 2005 to file their reply to the plaintiffs' opposition.

Counsel for the defendants, Michael Blanchard, Esq. has kindly assented to allow the plaintiffs an extension of time until close of business Tuesday February 8, 2005 in which to file their opposition to the defendants' motion to dismiss. Plaintiffs' counsel have in turn agreed to allow the defendants an extension of time until close of business March 3, 2005 in which to file their reply to the plaintiffs' opposition.

Allowance of this motion will not result in any unfair prejudice to any party or any undue delay in these proceedings. The scheduled hearing on defendants' motion to dismiss will still take place as scheduled on March 10, 2005.

390998

Dated: February 3, 2005                Respectfully submitted,

By: _____
KEITH A. MINOFF
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Telephone: 413/732-2301
Facsimile: 413/785-4658

Liaison Counsel for Derivative Plaintiffs
ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
1010 Second Ave., Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

FEDERMAN & SHERWOOD
WILLIAM FEDERMAN
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Telephone: 405/235-1560
Facsimile: 405/239-2112

LAW OFFICES OF ALFRED G. YATES JR PC
ALFRED G. YATES JR
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164
Facsimile: 412/471-1033

Co-Lead Counsel for Derivative Plaintiffs

390998

ASSENTED TO BY:

Counsel for defendant:

*[signature: Michael Blanchard/KM]*

Michael D. Blanchard, Esq.
B.B.O. 636860
Robert A. Buhlman, Esq.
Eunice E. Lee, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000/Fax (617) 951-8736

## CERTIFICATE OF SERVICE

I, Keith A. Minoff, Esq., hereby certify that on this 3rd day of February, 2005, I served a copy of the above document upon all counsel of record for each party by mail.

Subscribed under the penalties of perjury.

*[signature]*
Keith A. Minoff, Esq.

390998