UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVE SACHS, | ) | Lead Civil Action No. 04-30032-MAP |
| Plaintiff, | ) ) | Consolidated with 04-30038-MAP |
| vs. | ) ) | 04-30044-MAP |
| STEVEN SPRAGUE, et al. | ) ) | **FILING FEE PAID:** |
| Defendants, | ) ) | RECEIPT # 305868 <br> AMOUNT $ 50.00 <br> BY DPTY CLK  MGK <br> DATE 2/28/05 |

**PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

The plaintiff, Steve Sachs, derivatively on behalf of Wave Systems Corp., hereby moves by undersigned counsel, Keith A. Minoff, pursuant to Local Rule 83.5.3(b) for the admission pro hac vice of Caroline A. Schnurer, Esquire to appear and practice in this Court as co-counsel for the plaintiff in this proceeding. In support of this motion, please see the attached Affidavit of Caroline A. Schnurer.

Respectfully submitted,

By: /s/ Keith A. Minoff
Keith A. Minoff, Esq.  BBO 551536
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658

Attorney for the Plaintiff

-1-