UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVE SACHS, | ) | Lead Civil Action No. 04-30032-MAP |
| | ) | |
| Plaintiff, | ) | Consolidated with 04-30038-MAP |
| | ) | 04-30044-MAP |
| vs. | ) | |
| | ) | |
| STEVEN SPRAGUE, et al. | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

### AFFIDAVIT OF CAROLINE A. SCHNURER

| | |
|---|---|
| STATE OF CALIFORNIA ) | |
| ) | ss |
| COUNTY OF SAN DIEGO ) | |

I, CAROLINE A. SCHNURER, hereby depose and say:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I am a member of the law firm of Robbins Umeda & Fink, LLP.

3. My office address is 610 West Ash Street, Suite 1800, San Diego, California, 92101.

4. Service of all papers may be made upon Keith A. Minoff, Esq., of Robinson Donovan, PC, 1500 Main Street, Suite 1600, Springfield, MA 01115, a member of the bar of this Court having an office within the District of Massachusetts.

5. I am admitted to practice before the following courts: California 2000; U.S. District Court for the Southern District of California 2003; U.S. District Court for the Central District of California 2003; U.S. District Court for the Northern District of California 2004.

6. I have never been denied admission to or disciplined by this Court or a court in any other jurisdiction.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
CAROLINE A. SCHNURER

Subscribed and sworn to before me
this 22 day of February, 2005

_____
Notary Public

My commission expires: Aug. 3, 2008



SHERI J. CLARK
Commission # 1505172
Notary Public - California
San Diego County
My Comm. Expires Aug 3, 2008

G:\Wave Systems\Motions - Opps\Pro Hac Vice\Affidavit of CS.wpd

## CERTIFICATE OF SERVICE

I, Keith A. Minoff, Esq., hereby certify that on this 24th day of February, I served a copy of the above document upon all counsel of record for each party by mail.

Subscribed under the penalties of perjury.

_____
Keith A. Minoff, Esq.