# EXHIBIT A



10/6/04 Hoover s Co. Profiles (Page Number Unavailable Online)
2004 WL 95353743

Hoover's Company In-depth Records
Hoover's Company Profiles, Copyright(c), 2004, Hoover's, Inc., Austin, Tx

**Wednesday, October 6, 2004**

**Wave Systems** Corp.

OVERVIEW This Wave is safe for surfing. **Wave Systems**' Wave Commerce System allows digital content providers to securely distribute movies, music, and other information over the Internet and on CD-ROM and DVD. Wave's EMBASSY hardware and software system broadcasts encrypted content, manages authentication and decryption, monitors customer use, and collects transaction data. Its SignOnline products include document management and digital signature applications. The Sprague family owns about 65% of Wave's Class B common shares, giving them voting control over the company. After the company announced deals with Intel and IBM in 2003, Wave's stock soared, then retreated; the SEC is investigating those announcements.

Former chairman Peter Sprague founded Wave Systems after 30 years as National Semiconductor's chairman.

Through its WaveXpress joint venture with Sarnoff Corporation (Wave owns some 70%), Wave also offers data broadcasting applications.

The company completed a $7.1 million private placement of common stock and warrants in late 2003.

OFFICERS

Interim Chairman, John E. Bagalay Jr., Age 70

President, CEO, and Director, Steven K. Sprague, Age 40, $ 450,0 pay

EVP, Business Development, Lark Allen, Age 58

EVP, Sales and Marketing, Brian D. Berger

SVP, Finance and Administration, CFO, and Secretary, Gerard T. Feeney, Age 45, $ 466,399 pay

VP, Accounting and Human Resources, Robert Stellato

VP, European Operations, Bruno Leconte

VP, Financial Services, Kelly Purcell

VP, Marketing Communications, John Callahan

Chairman and CEO, Wavexpress, Peter J. Sprague, Age 63

CTO, Len Veil

President, eSign Systems Group, Scott Schrader

Product Manager, eSign Systems Group, Nancy Alley

Senior Design and Architect Specialist, Jonathan Kearns

DIRECTORS

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Interim Chairman: John E. Bagalay Jr., Age 70

President, CEO, and Director: Steven K. Sprague, Age 40

Director: Nolan Bushnell, Age 61

Director: George Gilder, Age 64

Director: John E. (Jack) McConnaughy Jr., Age 75

LOCATION

480 Pleasant St., Ste. 3

Lee, MA 01238-9269

Lee

MA

United States

01238-9269

413-243-1600

413-243-0045

http://www.wave.com

PRODUCTS/SERVICES Wave Systems has offices in California, Massachusetts, New Jersey, New York, and France.

| 2003 Sales | $ thous. | % of total |
|---|---|---|
| Licensing & other | 120.7 | 64 |
| Services | 65.3 | 34 |
| Product | 3.4 | 2 |
| Total | 189.4 | 100 |

| 2003 Sales | $ thous. | % of total |
|---|---|---|
| EMBASSY products & services | 107.7 | 57 |
| Wavexpress products & services | 81.7 | 43 |
| Total | 189.4 | 100 |

Selected Products and Services TrustedEdge (security suite of hardware, software, and development tools) SignOnline SmartConnect (secure connection) SmartIdentity (user identity authentication) SmartSAFE (web-based document management for signed documents) SmartSignature (legally binding digital signature creation) Wave Commerce System (digital content commerce) EMBASSY Trusted System (ETS, embedded application security system) WaveMeter (electronic content access monitoring chip) WaveNet (central transaction processing network) WaveXpress (data broadcasting applications)

KEY COMPETITORS

Akamai

Aladdin Knowledge

Amedia

AuthentiDate

Baltimore Technologies

Check Point Software

Computer Associates

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Digimarc

EDS

eMeta

Entrust

Hewlett-Packard

IBM

InterTrust Technologies

Microsoft

RSA Security

SafeNet

SCM Microsystems

Secure Computing

SkyStream Networks Inc.

SSP Solutions

Symantec

VeriSign

STOCK

Company Type: Public

US Ticker: WAVX

US Exchange: NASDAQ

KEY NUMBERS

Fiscal Year Ended December

Sales For Year 2003

Sales $0.2

One Year Sales Growth: (50.0%)

Net Income For Year 2003

Net Income ($19.6)

Employees 83

One Year Employee Growth: (37.1%)

AUDITOR

KPMG LLP, 2004

INDUSTRY

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Computer Software

Security Software

Content & Document Management Software

Multimedia, Graphics & Publishing Software

Computer Hardware

Computer Networking Equipment

Network Security Devices

Electronics

Semiconductors

Design, Foundry & Packaging Services

Media

Internet Content Providers

---- INDEX REFERENCES ----

COMPANY: Wave Systems Corp (WAVSYS)

NEWS SUBJECT: (Profiles of Companies (C01); Corporate/Industrial News (CCAT))

INDUSTRY: (Machinery/Industrial Goods (I32); Computers/Electronics (I3302); Environmental Control Systems (I3442); Electronics (IELEC); Industrial Electronics (IINDELE))

REGION: (United States - Massachusetts (USMA); North American Countries (NAMZ); United States (USA); Northeast U.S. (USE))

Language: EN

OTHER INDEXING: SIC:; 3577; SIC:; 3674; SIC:; 7372; SIC:; 7375; SIC:; 7379; NAICS:; 33411; NAICS:; 334290; NAICS:; 334413; NAICS:; 511210; NAICS:; 516110

Word Count: 573

10/6/04 HOOVCP (No Page)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.