UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVEN SACHS, | ) | Lead Civil Action 04-30032 |
| | ) | |
| Plaintiff, | ) | Consolidated with 04-30038-MAP |
| | ) | 04-30044-MAP |
| vs. | ) | |
| | ) | |
| STEVEN SPRAGUE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR ADMISSION OF COUSEL *PRO HAC VICE*

The plaintiff, Steve Sachs, derivatively on behalf of Wave Systems Corp., hereby moves by the undersigned counsel, Keith A. Minoff, pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Alfred G. Yates, Jr., Esquire to appear and practice in this Court as co-counsel for the plaintiff in this proceeding. In support of this motion, please see the attached Affidavit of Alfred G. Yates, Jr.

Respectfully submitted,

By: _____
Keith A. Minoff, Esq.   BBO 551536
Robinson Donovan, P.C.
1500 Main Stree, Suite 1600
Springfield, Massachusetts 0115
Phone (413) 732-2301, Fax (413) 785-4658

Attorney for Plaintiff

*[Handwritten annotation: ALLOWED. Michael A. Ponsor USDJ 3-10-05]*

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 3/10/05 _____