## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVEN SACHS, | ) | Lead Civil Action 04-30032 |
| | ) | |
| Plaintiff, | ) | Consolidated with 04-30038-MAP |
| | ) | 04-30044-MAP |
| vs. | ) | |
| | ) | |
| STEVEN SPRAGUE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF ALFRED G. YATES

STATE OF MASSACHUSETTS    )
                          )    ss
COUNTY OF *HAMPDEN*       )

I, ALFRED G. YATES, JR., hereby depose and say:

1.    I am over the age of eighteen years and understand the obligations of an oath.

2.    I am a member of the law firm of Law Office of Alfred G. Yates Jr., P.C.

3.    My office address is 429 Forbes Avenue, 519 Allegheny Building, Pittsburgh, Pennsylvania 15219.

4.    Service of all papers may be made on Keith A. Minoff, Esq., of Robinson Donovan, PC, 1500 Main Street, Suite 1600, Springfield, MA 01115, a member of the bar of this Court having an office within the District of Massachusetts.

5.    I am admitted to practice before the following courts:  Commonwealth of Pennsylvania (1973); U.S. District Court for the Western District of Pennsylvania (1973); and U.S. Court of Appeals, Third Circuit (1982).

1

6.    I have never been denied admission to or been disciplined by this Court or a court in any other jurisdiction.

7.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
ALFRED G. YATES, JR.

Subscribed and sworn to before me
this 10th day of March, 2005.


_____
Notary Public

My commission expires: _May 26, 2006_

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Alfred Glenn Yates, Jr., Esq.*

#### DATE OF ADMISSION

#### *October 1, 1973*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  March 8, 2005**

*Patricia A. Nicola*

Patricia A. Nicola
Chief Clerk