# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

STEVE SACHS, ET AL.,

    Plaintiff(s)

        v.                      CIVIL ACTION NO. 3:04 -30032-MAP

STEVEN SPRAGUE, ET AL.,
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Steven Sprague, et al., against the plaintiffs Steve Sachs, et al., pursuant to the court's order entered on September 26, 2005, and the memorandum entered this date, granting the defendants motion to dismiss on all counts.

                                                  **SARAH A. THORNTON**,
                                                  CLERK OF COURT

Dated: November 22, 2005        By /s/ *Maurice G. Lindsay*
                                             Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                                         [jgm.]