UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:04-cv-30032-MAP

| | |
|---|---|
| STEVE SACHS, et al., <br> Plaintiff, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| STEVEN SPRAGUE, et al., <br> Defendants | ) <br> ) <br> ) |

### PLAINTIFF, STEVE SACHS', NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Steve Sachs, the Plaintiff in the above-named action, hereby appeals to the United States Court of Appeals for the First Circuit, from the Judgment in a Civil Case of the District Court for the District of Massachusetts entered in this case on November 22, 2005, relative to Defendants' Motion to Dismiss.

Respectfully submitted,

THE PLAINTIFF,
STEVE SACHS

By _____
Keith A. Minoff, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.: 551536

### CERTIFICATE OF SERVICE

I, Keith A. Minoff, Esq., hereby certify that on this 22nd day of December, 2005, I served a copy of the above document upon all counsel of record for each party by mail.

Subscribed under the penalties of perjury.

_____
Keith A. Minoff, Esq.

416587