UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30032

Steve Sacks, et al

v.

Steven Sprague, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/23/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 4, 2006.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/4/06 .

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-30032-MAP

Sachs v. Sprague et al
Assigned to: Judge Michael A Ponsor
Demand: $75,000
Cause: 28:1332 Diversity - Stockholders Suits

Date Filed: 02/17/2004
Jury Demand: Plaintiff
Nature of Suit: 160 Stockholders Suits
Jurisdiction: Diversity

**Consolidated Plaintiff**

**Jeff Swanson**     represented by     **Alfred G. Yates, Jr.**
Law Office of Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
412-391-5164
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey P. Fink**
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
619-525-3990
Fax: 610-525-3991
Email: fink@ruflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith A. Minoff**
Robinson Donovan, P.C.
1500 Main Street
Suite 1600
Springfield, MA 01115
413-732-2301
Fax: 413-785-4658
Email: kminoff@robinson-donovan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
The Law Firm of Federman & Sherwood
Suite 2720
120 N. Robinson Ave.
Oklahoma City, OK 73102

                                      405-235-1560
                                      Fax: 405-239-2112
                                      Email: wfederman@aol.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Charlene Harvey**                 represented by   **Alfred G. Yates, Jr.**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                                 **Jeffrey P. Fink**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                               **Keith A. Minoff**
                                               (See above for address)
                                             *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                             **William B. Federman**
                                            (See above for address)
                                           *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Sachs**                         represented by   **Alfred G. Yates, Jr.**
                                               (See above for address)
                                           *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                             **Caroline A. Schnurer**
                                             Robbins Umeda & Fink, LLP
                                             610 West Ash Street, Suite 1800
                                             San Diego, CA 92101
                                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                             **Jeffrey P. Fink**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                             **Keith A. Minoff**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                    **William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Steven Sprague**     represented by     **Eunice E. Lee**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-8736
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                    **Michael D. Blanchard**
Bingham McCutchen LLP - Hartford
One State Street
Hartford, CT 06103
860-240-2700
Fax: 860-240-2818
Email: michael.blanchard@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                    **Robert A. Buhlman**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8717
Fax: 617-951-8736
Email: robert.buhlman@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerard T. Feeney**     represented by     **Eunice E. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                    **Michael D. Blanchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                    **Robert A. Buhlman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John E. Bagalay, Jr.**                    represented by   **Eunice E. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Blanchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Buhlman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nolan Bushnell**                    represented by   **Eunice E. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Blanchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Buhlman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**George Gilder**                    represented by   **Eunice E. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Blanchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Buhlman**
(See above for address)
*LEAD ATTORNEY*

                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**John E. McConnaughy, Jr.**         represented by  **Eunice E. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Michael D. Blanchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Robert A. Buhlman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wave Systems Corporation**         represented by  **Alfred G. Yates, Jr.**
*Nominal Defendant*                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Eunice E. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Michael D. Blanchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Robert A. Buhlman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Jeff Swanson**
*TERMINATED: 11/10/2004*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2004 | 1 | COMPLAINT against John E. Bagalay JR.., Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation by Steve Sachs filed. Filing fee of $150.00 paid. Receipt number 305515. (Attachments: # (1)). CF, LR 4.1, notice of |

| | | |
|---|---|---|
| | | lawsuit and waiver of service of summons to Counsel.(Finn, Mary) Additional attachment(s) added on 3/11/2004 (Stuckenbruck, John). (Entered: 02/18/2004) |
| 02/19/2004 | 2 | Pltfs' motion for leave for Jeffrey P. Fink to Appear Pro Hace Vice. filed. Filing fee of $50.00 paid. Receipt number 305518. (Finn, Mary) (Entered: 02/19/2004) |
| 02/25/2004 | | Judge Michael A Ponsor : ELECTRONIC ORDER entered granting 2 Motion for Leave for Jeffrey P. Fink to Appear Pro Hac Vice. Added Jeffrey P. Fink for Steve Sachs; cc/cl. (Finn, Mary) (Entered: 02/25/2004) |
| 03/08/2004 | 3 | NOTICE of Appearance by Jeffrey P. Fink on behalf of Steve Sachs (Lindsay, Maurice) (Entered: 03/08/2004) |
| 03/12/2004 | 4 | NOTICE of Appearance by Eunice E. Lee, Robert A. Buhlman on behalf of John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation (Lindsay, Maurice) (Entered: 03/17/2004) |
| 03/18/2004 | 5 | P's motion to consolidate case with C.A. 04-30038-KPN and C.A.04-30044-MAP and MOTION and appoint co-lead and liaison counsel by Steve Sachs filed.(Finn, Mary) (Entered: 03/18/2004) |
| 03/18/2004 | 6 | P's MEMORANDUM in Support re 5 MOTION to Consolidate Cases - C.A. 04-30038-KPN and C.A. 04-30044-MAP and MOTION and appoint co-lead and liaison counsel filed by Steve Sachs. (Finn, Mary) (Entered: 03/18/2004) |
| 03/18/2004 | 7 | P's AFFIDAVIT of Jeffrey P. Fink in Support re 5 MOTION to Consolidate Cases MOTION and appoint co-lead and liaison counsel filed. (Exhibits A thru G NOT SCANNED but attached to this affidavit). (Attachments: # 1)(Finn, Mary) (Entered: 03/18/2004) |
| 03/31/2004 | 8 | RESPONSE to Motion re 5 MOTION to Consolidate Cases MOTION and appoint co-lead and liaison counsel filed by John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation. (Lee, Eunice) (Entered: 03/31/2004) |
| 04/01/2004 | 9 | Opposition re 5 MOTION to Consolidate Cases MOTION and appoint co-lead and liaison counsel *and cross-motion to consolidate* filed by Jeff Swanson. (Kovacs, Alan) (Entered: 04/01/2004) |
| 04/01/2004 | 10 | WAIVER OF SERVICE Returned Executed John E. Bagalay JR., waiver sent on 3/18/2004. Answer due 5/17/2004; Nolan Bushnell waiver sent on 3/18/2004. Answer due 5/17/2004. Gerard T. Feeney waiver sent on 3/18/2004. Answer due 5/17/2004; George Guilder waiver sent on 3/18/2004. Answer due 5/17/2004; John E. McConnaughy Jr. waiver sent on 3/18/2004. Answer due 5/17/2004; Steven Sprague waiver sent on 3/18/2004 Answer due 5/17/2004; Wave Systems Corporation waiver sent on 3/18/2004. Answer due 5/17/2004. (Finn, Mary) Modified on |

| | | |
|---|---|---|
| | | 4/5/2004 (Finn, Mary). (Entered: 04/05/2004) |
| 04/15/2004 | 11 | Pltf's motion for leave to file reply to Pltf. Swanson's opp. to Sach's & Harvey's motion to conoslidate cases and appoint co-lead and liaison counsel filed.(Finn, Mary) (Entered: 04/15/2004) |
| 04/30/2004 | 12 | SUR-REPLY to Motion re 5 MOTION to Consolidate Cases MOTION and appoint co-lead and liaison counsel filed by Jeff Swanson. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Kovacs, Alan) (Entered: 04/30/2004) |
| 07/22/2004 | 13 | PONSOR, D.J.: NOTICE of Hearing on all pending motions and STATUS CONFERENCE - 11 MOTION for Leave to File, 5 MOTION to Consolidate Cases MOTION and appoint co-lead and liaison counsel. Motion Hearing and Status Conference set for 9/1/2004 at 02:00 PM in Courtroom 1 before Honorable Michael A Ponsor; cc/cl. (Finn, Mary) (Entered: 07/22/2004) |
| 08/31/2004 | 14 | NOTICE by John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation *Notice of Appearance by Michael D. Blanchard* (Lee, Eunice) (Entered: 08/31/2004) |
| 09/01/2004 | | Remark - Counsel E. Lee notified by the Court stating document 14 was incorrecly filed and should have been filed by Attorney Michael D. Blanchard. Atty. Blanchard to file his own appearance. (Finn, Mary) (Entered: 09/01/2004) |
| 09/01/2004 | 15 | NOTICE of Appearance by Michael D. Blanchard on behalf of John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation filed. (Finn, Mary) (Entered: 09/02/2004) |
| 09/03/2004 | 16 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered. The motion to consolidate 5 is ALLOWED. The cases of Sachs v. Sprague, C.A. 04-30032-MAP, Swanson v. Sprague, C.A. 04-30038-MAP, and Harvey v. Sprague, C.A. 04-30044-MAP, are CONSOLIDATED. All further filings are to be made in C.A. 04-30032-MAP. The motion to appoint co-lead liaison counel - 5 is ALLOWED. Co-lead Cl. will be William B. Federman, Federman & Sherwood, Ste. 2720, 120 N. Robinson Avenue, Oklahoma City, OK, Jeffrey P. Fink, Robbins, Umeda & Fink, Ste.2360, 1010 Second Avenue, San Diego CA 92101; and Alfred G. Yates, Jr., 519 Allegheny Building, 429 Forbes Avenue, Pittsburgh PA 15219. Local liaison Cl. will be Keith A. Minoff, Robinson, Donovan, P.C., 1500 Main Street, Ste. 1600, Springfield MA 01115. The motion for leave to file - 11 is ALLOWED. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. By 10/21/2004 Pltf. will file an amended complaint and a motion to amend the caption appropriately. By 12/15/2004, Defts. to file their motion to dismiss. Pltf's opp. due 1/30/2005. Any reply to the opp. due 2/22/2005. Argument on the motion |

| | | |
|---|---|---|
| | | to dismiss set for 3/10/2005 at 2:00 P.M.; cc/cl. (Finn, Mary) (Entered: 09/07/2004) |
| 10/04/2004 | 17 | Assented to MOTION to Amend *Caption* by John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation.(Blanchard, Michael) (Entered: 10/04/2004) |
| 10/05/2004 | | Judge Michael A Ponsor : Endorsed ORDER entered denying 17 Motion to Amend caption. The caption of the case must list the names of the parties to avoid confusion. A renewed motion to amend will be filed on or before October 22, 2004. So ordered. (Stuckenbruck, John) (Entered: 10/05/2004) |
| 10/05/2004 | 18 | CORPORATE DISCLOSURE STATEMENT by Wave Systems Corporation. (Blanchard, Michael) (Entered: 10/05/2004) |
| 10/05/2004 | 19 | MOTION for Protective Order *To Stay Discovery* by John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation. (Blanchard, Michael) (Entered: 10/05/2004) |
| 10/05/2004 | 20 | MEMORANDUM in Support re 19 MOTION for Protective Order *To Stay Discovery* filed by John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation. (Blanchard, Michael) (Entered: 10/05/2004) |
| 10/21/2004 | 21 | RESPONSE to Motion re 19 MOTION for Protective Order To Stay Discovery filed by Steve Sachs. (Attachments: # 1 Exhibit A #(2) Exhibit B)(Stuckenbruck, John) (Entered: 10/22/2004) |
| 10/21/2004 | 22 | MOTION(assented to) for Extension of Time to 10/28/04 to File Amended Complaint and Motion to Amend Caption by Steve Sachs. (Stuckenbruck, John) (Entered: 10/22/2004) |
| 10/22/2004 | 23 | Assented to MOTION for Leave to File *to File a Reply to Plaintiffs' Opposition to Motion for a Protective Order on or Before October 29, 2004* by John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation.(Blanchard, Michael) (Entered: 10/22/2004) |
| 10/22/2004 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting Pltf's 22 Motion for ext. time 10/28/2004 to file an amended complaint and to amend the caption of the case, to 12/22/2004 for the Defts' to file their motion to dismiss, to 2/06/2005 for the Pltf's resp. to the motion to dismiss, to 3/01/2005 for the Defts' to file their reply to the Pltf's opp. The motion to dismiss hearing will remain the same - 3/10/2005; cc/cl. (Finn, Mary) Modified on 10/25/2004 (Finn, Mary). (Entered: 10/25/2004) |
| 10/25/2004 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting Dft's 23 Motion for Leave to File to file reply to Ptf's opposition (Lindsay, Maurice) (Entered: 10/26/2004) |

| 10/28/2004 | 24 | Verified Consolidated AMENDED COMPLAINT and Demand for Jury Trial against John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation, filed by Charlene Harvey, Steve Sachs, Jeff Swanson. (Attachments: # 1 Continuation of Amended Complaint# 2 Continuation of Amended Complaint (3 of 3 Parts))(Lindsay, Maurice) (Entered: 10/28/2004) |
| --- | --- | --- |
| 10/28/2004 | 25 | Ptf's MOTION to Amend Caption by Charlene Harvey, Steve Sachs, and Jeff Swanson.(Lindsay, Maurice) (Entered: 10/29/2004) |
| 10/29/2004 | 26 | REPLY to Response to Motion re 19 MOTION for Protective Order *To Stay Discovery* filed by John E. Bagalay JR.,, Nolan Bushnell, Gerard T. Feeney, George Guilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation. (Blanchard, Michael) (Entered: 10/29/2004) |
| 11/05/2004 |  | Judge Michael A Ponsor : Endorsed ORDER entered granting 25 Motion to Amend Caption. (Stuckenbruck, John) (Entered: 11/05/2004) |
| 12/06/2004 | 27 | NOTICE of Change of Address by Jeffrey P. Fink for the Pltfs. filed. (Finn, Mary) (Entered: 12/06/2004) |
| 12/22/2004 | 28 | Assented to MOTION for Leave to File Excess Pages by John E. Bagalay Jr., Nolan Bushnell, Gerard T. Feeney, George Gilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation. (Blanchard, Michael) (Entered: 12/22/2004) |
| 12/22/2004 | 29 | MOTION to Dismiss *the Consolidated Amended Complaint* by John E. Bagalay Jr., Nolan Bushnell, Gerard T. Feeney, George Gilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation. (Blanchard, Michael) (Entered: 12/22/2004) |
| 12/22/2004 | 30 | MEMORANDUM in Support re 29 MOTION to Dismiss *the Consolidated Amended Complaint* filed by John E. Bagalay Jr., Nolan Bushnell, Gerard T. Feeney, George Gilder, John E. McConnaughy Jr., Steven Sprague, Wave Systems Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Appendix Compendium of Unreported Authorities) (Blanchard, Michael) (Entered: 12/22/2004) |
| 12/23/2004 |  | Set/Reset Deadlines as to 29 MOTION to Dismiss *the Consolidated Amended Complaint*. Pltf's Responses due by 2/6/2005. Defts' Replies due by 3/1/2005. Motion Hearing set for 3/10/2005 at 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Finn, Mary) (Entered: 12/23/2004) |
| 02/03/2005 | 31 | Assented to MOTION for Leave to File Excess Pages *brief in excess of twenty pages* by Jeff Swanson, Charlene Harvey, Steve Sachs.(Minoff, Keith) (Entered: 02/03/2005) |
| 02/03/2005 | 32 | Assented to MOTION for Extension of Time to February 8, 2005 to File Response/Reply as to 29 MOTION to Dismiss *the Consolidated Amended Complaint* by Jeff Swanson, Charlene Harvey, Steve Sachs. (Minoff, Keith) (Entered: 02/03/2005) |

| | | |
|---|---|---|
| 02/04/2005 | | Judge Michael A Ponsor : ENDORSEDORDER entered granting 31 Motion for Leave to File brief in Excess of twenty Pages and up to thirty (30) pages; cc/cl. (Finn, Mary) (Entered: 02/04/2005) |
| 02/04/2005 | | Judge Michael A Ponsor : ENDORSEDORDER entered granting the Pltf's 32 Motion for Extension of Time to File Response/Reply re 29 MOTION to Dismiss *the Consolidated Amended Complaint* Pltfs' Responses due by 2/8/2005. Defts' Replies due by 3/3/2005; cc/cl. (Finn, Mary) (Entered: 02/04/2005) |
| 02/08/2005 | 33 | RESPONSE to Motion re 29 MOTION to Dismiss *the Consolidated Amended Complaint and objection* filed by Jeff Swanson, Charlene Harvey, Steve Sachs. (Attachments: # 1 Plaintiff's Response and Objection Part 2)(Minoff, Keith) (Entered: 02/08/2005) |
| 02/28/2005 | 34 | Ptf's MOTION for Admission of Caronline A. Schnurer to Appear Pro Hac Vice, Filing fee $ 50.00, receipt number 305868. by Steve Sachs. (Lindsay, Maurice) (Entered: 02/28/2005) |
| 02/28/2005 | 35 | AFFIDAVIT of Caronline A. Schnurer in Support of Ptf's 34 MOTION for Admission of Caronline A. Schnurer to Appear Pro Hac Vice Filing fee $ 50.00, receipt number 305868. filed by Steve Sachs. (Lindsay, Maurice) (Entered: 02/28/2005) |
| 02/28/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting Ptf's 34 Motion for admission of Caroline A. Schnurer to Appear Pro Hac Vice. Added Caroline A. Schnurer for Steve Sachs. cc/cl (Lindsay, Maurice) (Entered: 02/28/2005) |
| 03/03/2005 | 36 | REPLY to Response to Motion re 29 MOTION to Dismiss *the Consolidated Amended Complaint* filed by Nolan Bushnell, George Gilder, John E. McConnaughy, Jr, Wave Systems Corporation, Steven Sprague, Gerard T. Feeney, John E. Bagalay, Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Blanchard, Michael) (Entered: 03/03/2005) |
| 03/10/2005 | 37 | MOTION for Atty. Alfred G. Yates, Jr. to Appear Pro Hac Vice by Steve Sachs.(Lindsay, Maurice) (Entered: 03/10/2005) |
| 03/10/2005 | 38 | AFFIDAVIT of Alfred G. Yates in Support of Ptf's 37 MOTION for Atty.Alfred G. Yates, Jr. to Appear Pro Hac Vice, filed by Steve Sachs. (Lindsay, Maurice) (Entered: 03/10/2005) |
| 03/10/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting 37 Motion for Alfred G. Yates, Jr. to Appear Pro Hac Vice for the Pltf.; cc/cl. (Finn, Mary) (Entered: 03/11/2005) |
| 03/11/2005 | | Filing fee in the amount of $50.00 paid. Receipt number 305879. Regarding Pltf's 37 motion for Alfred G. Yates, Jr. to appear pro hace vice. (Finn, Mary) (Entered: 03/11/2005) |
| 03/11/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting Dft's 28 (Assented to) Motion for Leave to File Excess Pages. cc/cl (Lindsay, Maurice) (Entered: 03/11/2005) |

| | | |
|---|---|---|
| 03/25/2005 | 39 | TRANSCRIPT of Proceedings held on March 10, 2005 before Judge Michael A. Ponsor. Court Reporter: Alice Moran. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Lindsay, Maurice) (Entered: 03/25/2005) |
| 08/30/2005 | 40 | Assented to MOTION For Leave To Cite Supplemental Authority by Nolan Bushnell, George Gilder, Wave Systems Corporation, Steven Sprague, Gerard T. Feeney, John E. Bagalay, Jr.(Blanchard, Michael) (Entered: 08/30/2005) |
| 08/31/2005 | | Judge Michael A Ponsor : ELECTRONIC ENDORSED ORDER entered granting the Defts' 40 Assented to Motion for leave to cite suppl. authority; cc/cl. (Finn, Mary) (Entered: 08/31/2005) |
| 08/31/2005 | 41 | Defts' SUPPL. AUTHORITY re: C.A. 04-12524-JTL 2005 - WL, Caviness v. Evans by Nolan Bushnell, George Gilder, John E. McConnaughy, Jr, Wave Systems Corporation, Steven Sprague, Gerard T. Feeney, John E. Bagalay, Jr. in further support of their 29 MOTION to Dismiss *the Consolidated Amended Complaint* filed. (Finn, Mary) (Entered: 08/31/2005) |
| 09/12/2005 | 42 | RESPONSE to Motion re 40 Assented to MOTION For Leave To Cite Supplemental Authority filed by Jeff Swanson, Charlene Harvey, Steve Sachs. (Minoff, Keith) (Entered: 09/12/2005) |
| 09/26/2005 | 43 | Judge Michael A Ponsor : ORDER entered granting Dft's 29 Motion to Dismiss. See the attached order for complete details. cc/cl (Lindsay, Maurice) (Entered: 09/26/2005) |
| 09/30/2005 | | Judge Michael A Ponsor : ElectronicORDER entered finding as moot 19 Motion for Protective Order (French, Elizabeth) (Entered: 10/03/2005) |
| 11/22/2005 | 44 | Judge Michael A Ponsor : ORDER entered. MEMORANDUM AND ORDER Regarding Defendants' motion to dismiss. For the reasons stated in this memo, this court allowed the motion to dismiss (Dkt No. 29) of nominal Dft's Wave Systems Corp. and individual Dft's on 9/26/05. The clerk is ordered to enter judgment for Dft's on all counts. See the attached memorandum for complete details. cc/cl (Lindsay, Maurice) (Entered: 11/22/2005) |
| 11/22/2005 | 45 | Judge Michael A Ponsor : ORDER entered. JUDGMENT in favor of Defendant's Steven Sprague, et al., against Plaintiff's Seve Sachs, et al., cc/cl(Lindsay, Maurice) (Entered: 11/22/2005) |
| 11/22/2005 | | Civil Case Terminated. (Lindsay, Maurice) (Entered: 11/22/2005) |
| 12/23/2005 | 46 | Pltf's NOTICE OF APPEAL as to 45 Judgment by Steve Sachs filed. Filing fee of $$255.00 paid. Receipt number 306137. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/12/2006. |

| | | |
|---|---|---|
| | | (Finn, Mary) (Entered: 12/23/2005) |
| 12/23/2005 | 🌀 | Original file and docket sheet forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 12/23/2005) |